# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| KIMBERLY CREW, | : |
| *Plaintiff*, | : |
| v. | :    Case No. 1:21-cv-662 |
| GREAT MIAMI VALLEY YOUNG MEN'S CHRISTIAN ASSOCIATION, | :    Judge Jeffery P. Hopkins |
| *Defendant*. | : |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been advised by Magistrate Judge Litkovitz that this case has settled.

It is therefore **ORDERED** that this action is hereby **DISMISSED with prejudice**, provided that any of the parties may, upon good cause shown within **forty-five (45) days**, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Dated: July 28, 2023

Hon. Jeffery P. Hopkins
United States District Judge